IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Application for Leave to Effect Personal Service Via Federal Marshall's** [sic] **Office** (the "Application"), filed January 21, 2005.[1] The plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915. He requests that the United States Marshal effect service on defendants Richard Trujillo, Charles Glorioso, the Trinidad Police Department, and the City of Trinidad.

IT IS ORDERED that the Application is GRANTED. The U.S. Marshal will be directed in a separate order to serve the defendants.

---

[1] The Application was referred to me for ruling on June 28, 2005.

Dated June 28, 2005.

                                            BY THE COURT:

                                            /s/ Boyd N. Boland
                                            United States Magistrate Judge