IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (the "Order to Show Cause"), entered March 1, 2005, and the plaintiff's Response to Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (the "Response"), filed March 11, 2005.  Good cause having been shown:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated August 24, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge