IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Vacate and Reset Court Dates** (the "Motion"), filed June 16, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

    **Discovery Cut-Off:**    **December 20, 2005**

    (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    **Dispositive Motions Deadline:**    **January 20, 2006**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 20, 2005**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 21, 2005**

**Final Pretrial Conference:** The final pretrial conference set for November 1, 2005, at 9:00 a.m., is VACATED and RESET to **March 20, 2006, at 9:30 a.m.** A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 13, 2005**.

Dated September 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge