IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Response to Defendant's Notice of Deposition of Plaintiff**, which I will construe as a motion for protective order (the "Plaintiff's Motion"), filed October 7, 2005; and

(2) Defendants' **Motion to Compel Plaintiff's Deposition** (the "Defendants' Motion"), filed October 10, 2005.

It is apparent from the motions that the parties are experiencing sufficiently serious difficulties in connection with discovery matters as to require a hearing. Accordingly:

IT IS ORDERED that a hearing on the Plaintiff's Motion and the Defendants' Motion is set for **November 7, 2005, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and defense counsel should have their calendars available to set discovery dates.

Dated October 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge