IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     Plaintiff's **Response to Defendant's Notice of Deposition of Plaintiff**, which I have construed as a motion for protective order (the "Plaintiff's Motion"), filed October 7, 2005; and

(2)     Defendants' **Motion to Compel Plaintiff's Deposition** (the "Motion to Compel"), filed October 10, 2005.

By order dated October 14, 2005, I set these motion for hearing on November 7, 2005, at 11:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. I also ordered the plaintiff and defense counsel to bring their calendars

to the hearing to set discovery dates. Defense counsel appeared as ordered. Mr. Lash, who is proceeding *pro se,* neither appeared at the hearing nor contacted the court to reschedule the hearing or to appear by telephone.

At the hearing on November 7, 2005, I made rulings on the record which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Plaintiff's Motion is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED. The plaintiff shall appear for his deposition on **November 30, 2005, at 1:00 p.m.**, at the following address:

> Brooks & Schluter, LLP
> Denver Place--North Tower
> 999 18th Street, Suite 1605
> Denver, Colorado 80202.

IT IS FURTHER ORDERED that the plaintiff's failure to comply with this order and failure to appear for his deposition at the date, time, and place ordered will result in a recommendation that the case be dismissed with prejudice for failure to make discovery and failure to comply with an order of the court.

Dated November 7, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge