IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the Plaintiff's Motion for Protective Order (the "Motion"), filed November 7, 2005. The Motion is DENIED.

Previously, the plaintiff filed a document captioned Response to Defendant's Notice of Deposition of Plaintiff, which I construed as a motion for protective order and set for argument today at 11:00 a.m. The plaintiff failed to appear at the hearing on that motion, and it was denied by an order entered earlier today.

In denying the previous motion, I noted that it is common practice in this district for the plaintiff to be required to appear for deposition at the place suit is brought. Plaintiff, despite an opportunity to do so at the hearing this morning which he failed to attend, has not presented any

evidence of undue burden in being required to travel to Denver to give his deposition. He will have to travel to Denver, of course, for trial and for a settlement conference, if either of those proceedings occur.

    IT IS ORDERED that the Motion is DENIED.

    Dated November 7, 2005.

                                         BY THE COURT:

                                         /s/ Boyd N. Boland
                                         United States Magistrate Judge