IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion t Compel Identification of John Doe Defendants** (the "Motion to Compel"), filed December 21, 2005. The Motion to Compel is DENIED.

Local rule of practice 7.1A, D.C.COLO.LCivR, requires that counsel and pro se parties confer in good faith before seeking court intervention. Specifically, Rule 7.1A provides:

> The court will not consider any motion, other than a motion under
> Fed. R. Civ. P. 12 [to dismiss] or 56 [for summary judgment],
> unless counsel for the moving party or a *pro se* party, before filing
> the motion, has conferred or made reasonable, good-faith efforts to
> confer with opposing counsel of a *pro se* party to resolve the
> disputed matter. The moving party shall state in the motion, or in a

>    certificate attached to the motion, the specific efforts to comply
>    with this rule.

The Motion to Compel does not indicate that any effort was made to confer, and it does not contain the certification required.

I previously have ruled that the duty to confer is especially important in connection with discovery disputes. See Hoelzel v. First Select Corp., 214 F.R.D. 634, 635 (D. Colo. 2003).  This is equally true (or perhaps particularly true) where a party is proceeding pro se.

IT IS ORDERED that the Motion to Compel is DENIED.

Dated December 22, 2005.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge