IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.

_____

## ORDER
_____

This matter arises on the plaintiff's **Response to Order Directing Plaintiff to Reply to Motion for Sanctions** (the "Response"), filed January 17, 2006.  The plaintiff is proceeding pro se.  Consequently, I will construe the Response as a motion for extension of time to respond to the Defendants' Motion for Sanctions.  Good cause having been shown:

IT IS ORDERED that the plaintiff's request for extension of time is GRANTED.  The plaintiff shall respond to the Motion for Sanctions on or before **February 3, 2006**.

IT IS FURTHER ORDERED that the hearing on the Defendants' Motion for Sanctions, set for January 30, 2006, at 11:00 a.m., is VACATED.

Dated January 18, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge