IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.

_____

### ORDER
_____

The parties appeared on March 28, 2006, for a final pretrial conference.  Previously, on

March 13, 2006, I entered an order denying a motion to extend the dispositive motion deadline

and to vacate the final pretrial conference [Doc. # 76].  I denied the requested extensions because

a trial of this case is set to begin on June 27, 2006, and the requested extensions were unrealistic

in view of the pending trial date.  My order of March 13 notwithstanding, the parties failed to

prepare a proposed pretrial order for my review.

I am aware of the defendants' *Joint Defense Motion for Trial Continuance* [Doc. # 77,

filed 3/21/06].  The district judge has reserved that motion and will rule on it herself.  I do not

know when a ruling will occur.

In view of these events, and at the direction of the district judge:

IT IS ORDERED that the parties shall meet on or before **April 21, 2006**, and jointly prepare a proposed final pretrial order, which shall be submitted to the Court no later than **May 8, 2006**.  No extensions of this deadline will be granted.  The proposed final pretrial order shall conform to the requirements of Appendix G to the local rules of practice, D.C.COLOLCivR. The district judge has informed me that she will review the proposed final pretrial order and enter a pretrial order at her trial preparation conference.

Dated March 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge