IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00868-MSK-BNB

BILL LASH,

Plaintiff,

v.

RICHARD TRUJILLO, Trinidad Police Department,
JOHN DOE I, Las Animas County Jail Employee,
CHARLES GLORIOSO, Trinidad Police Department,
JOHN DOE II, Las Animas County Jail Supervisor,
An unknown number of John and Jane Doe Las Animas County Jail Employees,
TRINIDAD POLICE DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
CITY OF TRINIDAD, and
LAS ANIMAS COUNTY,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the order of the district judge entered in open court

on May 23, 2006, in connection with the **Plaintiff's Motion to Expunge and Redact; For**

**Sanctions** [Doc. # 87, filed 5/4/06], where the district judge stated:

> To the extent that the plaintiff seeks an order directing that the
> defendants' counsel expunge information from their own records
> and files, the Court treats this as a motion for protective order and
> refers it to the magistrate judge for further consideration.

IT IS ORDERED that the defendants shall file a response to the referred matter on or

before **May 31, 2006**.  No reply is allowed.

IT IS FURTHER ORDERED that the referred matter is set for hearing on **June 7, 2006, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 23, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge